No. 99–10122. ROSCO ET UX. *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 99–10123. RAMOS *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 99–10125. SMITH *v.* NORTH CAROLINA. Sup. Ct. N. C. Certiorari denied.

No. 99–10126. CRANFILL *v.* INDIANA. Ct. App. Ind. Certiorari denied.

No. 99–10128. BENNETT *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 99–10129. LUIS ACOSTA *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 99–10130. COLOMA *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 99–10131. MAINVILLE *v.* HALLAHAN, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 99–10133. KENT, AKA WILLIAMS *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 99–10134. KENNY ET AL. *v.* LAWSETH ET AL. C. A. 9th Cir. Certiorari denied.

No. 99–10135. TRAPPIER *v.* SOUTH CAROLINA. Sup. Ct. S. C. Certiorari denied.

No. 99–10136. WILSON *v.* TEXAS. Ct. App. Tex., 14th Dist. Certiorari denied.

No. 99–10137. YURTIS *v.* WASHINGTON DEPARTMENT OF SOCIAL AND HEALTH SERVICES. Ct. App. Wash. Certiorari denied.

No. 99–10138. DUNN *v.* KENTUCKY. Sup. Ct. Ky. Certiorari denied.

No. 99–10139. DOBBINS *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.